United States Bankruptcy Court
Western District of Virginia
Lynchburg Division

Notice of Appearance
On Multiple Cases

The undersigned hereby appears in these Bankruptcy Proceedings as Counsel of record for the secured creditor in the bankruptcy cases and for the creditors listed on the attached Exhibit A and requests that it be placed upon the mailing list of those creditors, parties-in-interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,

Shapiro Brown & Alt, LLP

By: /s/ Susan C. Meyer
Susan C. Meyer, VSB# 43445
Shapiro Brown & Alt, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, Virginia 23462
757-687-8777

Certificate of Service

I certify that a copy of the foregoing was electronically transmitted and/or mailed, by first class mail, this 11th day of April, 2013, to all parties in interest involved in the cases listed on the attached Exhibit A.

Shapiro Brown & Alt, LLP

By: /s/ Susan C. Meyer
Susan C. Meyer, VSB# 43445
Shapiro Brown & Alt, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, Virginia 23462
757-687-8777

# Exhibit A

| | | | |
|---|---|---|---|
| 06-62050 | Jerry Franklin Meadows, Sr. and Theresa Tucker Meadows | 13 | 12/29/2006 |
| 07-60175 | Claudine Reid Agnew and Russell NMN Agnew | 13 | 2/2/2007 |
| 07-61176 | Coaston Nathaniel Paige and Pamela Renee Paige | 13 | 6/28/2007 |
| 07-61588 | Tammy Clements Bush | 13 | 8/27/2007 |
| 07-61823 | Robert Cole Gammon | 13 | 9/28/2007 |
| 07-61891 | William Neil Rommel and Wendy Casto Rommel | 13 | 10/8/2007 |
| 07-62014 | Wilton Kennedy Mays and Michaela Deborah Mays | 13 | 10/25/2007 |
| 07-62244 | Durrette Earl Williams and Daphne Lynn Williams | 13 | 11/27/2007 |
| 07-62384 | Tavaris Valdez Glover and Melanie Hudson Glover | 13 | 12/14/2007 |
| 08-60052 | Michael John Price and Hollie Cristien Price | 13 | 1/11/2008 |
| 08-60453 | Robert Lynwood Joyce, II and Rebecca Renee Joyce | 13 | 2/29/2008 |
| 08-60675 | Theodore Victor Collins and Dian R Collins | 13 | 3/27/2008 |
| 08-60833 | Raymond A. Wilborne | 13 | 4/11/2008 |
| 08-61077 | Wanda Delores Fallen | 13 | 5/6/2008 |
| 08-61108 | Bobby Lee Swift and Lynn Ann Swift | 13 | 5/9/2008 |
| 08-61325 | Carolyn Vass Childress | 13 | 6/5/2008 |
| 08-61528 | John Wilson Ames and Cynthia Y Ames | 13 | 7/2/2008 |
| 08-61671 | Terry Diane Morton | 13 | 7/23/2008 |
| 08-61759 | Laurie Pace | 12 | 7/31/2008 |

# Exhibit A

| | | | |
|---|---|---|---|
| 08-61895 | Major Hiram Gilbert and Brenda Johnson Gilbert | 13 | 8/15/2008 |
| 08-62045 | Brenda K Hayes | 13 | 9/3/2008 |
| 08-62084 | Alfonza Earl Lacy | 13 | 9/9/2008 |
| 08-62262 | John David Brittian Nelson and Nicole Renee Nelson | 13 | 9/26/2008 |
| 08-62286 | Yvonne Miller McCullen | 13 | 9/30/2008 |
| 08-62525 | Talmage Ray Horn | 13 | 10/22/2008 |
| 08-62584 | Alexander NMN Thomas, Jr. and La'Tonyah Lanier Thomas | 13 | 10/31/2008 |
| 08-62664 | Alfonzia Moore Irvin and Shirley Frances Irvin | 13 | 11/6/2008 |
| 08-62694 | Teresa Carneal Woodson | 13 | 11/10/2008 |
| 08-62717 | Terry Glenn Hylton and Regina Toombs Hylton | 13 | 11/12/2008 |
| 08-62755 | Ricky Lee Gammon and Megan Kelly Gammon | 13 | 11/16/2008 |
| 08-62818 | James R Meetre | 13 | 11/21/2008 |
| 08-62884 | Allan William Thomson and Barbara Ann Thomson | 13 | 11/26/2008 |
| 08-62906 | Darlene Lorel Downey | 13 | 11/28/2008 |
| 08-62907 | David Michael Oliver and Linda Beth Oliver | 13 | 11/28/2008 |
| 08-62921 | Robert John Andrew and Barbara Ann Andrew | 13 | 12/2/2008 |
| 08-63001 | Tommy W Hanks and Amy L Hanks | 13 | 12/10/2008 |
| 08-63043 | Christopher Stevens Jennings and Kimberly Mayberry Jennings | 13 | 12/15/2008 |
| 08-63072 | Kimberly Sue Clements and Randall Wade Clements | 13 | 12/17/2008 |

# Exhibit A

| | | | |
|---|---|---|---|
| 08-63173 | Danny Wayne Wingfield and Donna Kopek Wingfield | 13 | 12/31/2008 |
| 08-63181 | Rose Marie Carr | 13 | 12/31/2008 |
| 09-60023 | John Jacob Akschamowitsch and Tracy Renea Akschamowitsch | 13 | 1/7/2009 |
| 09-60059 | Jamie S Matherly and Alicia S Matherly | 13 | 1/12/2009 |
| 09-60074 | Andrea Leah Taylor-Goff | 13 | 1/13/2009 |
| 09-60113 | Thomas Michael Spicer and Rita Lynn Spicer | 13 | 1/15/2009 |
| 09-60164 | Luke Kitelinger | 13 | 1/20/2009 |
| 09-60211 | Amanda Marie Hensley | 13 | 1/23/2009 |
| 09-60236 | Arnett Randall Mills and Joy Lynette Mills | 13 | 1/26/2009 |
| 09-60251 | Russell L Irby | 13 | 1/27/2009 |
| 09-60296 | Monroe Jermaine Thacker | 13 | 1/30/2009 |
| 09-60335 | Richard Allen McClure and Melanie Vest McClure | 7 | 2/3/2009 |
| 09-60358 | Shannon Marie Kirkman | 13 | 2/6/2009 |
| 09-60379 | Calvin Howard Booker and Gaynelle Mae Booker | 13 | 2/9/2009 |
| 09-60380 | Faisal Najeh Abedeljalil and Tammy Jean Abedeljalil | 13 | 2/9/2009 |
| 09-60419 | Charles T Hutton and Robin C Hutton | 13 | 2/11/2009 |
| 09-60431 | Tamarro Robinson Tucker | 13 | 2/12/2009 |
| 09-60503 | Jorge Posada-Morris | 13 | 2/18/2009 |
| 09-60513 | Mark Alan Showalter and Audrey Michelle Showalter | 13 | 2/18/2009 |
| 09-60517 | Bernadette S Richardson | 13 | 2/18/2009 |

# Exhibit A

| | | | |
|---|---|---|---|
| 09-60535 | Bernard Junior Randolph and Linda Marie Randolph | 13 | 2/19/2009 |
| 09-60564 | Angela Johnson Gough | 13 | 2/23/2009 |
| 09-60566 | Sydnee Kay Reed | 13 | 2/23/2009 |
| 09-60654 | Dennis E Fichtner | 13 | 2/27/2009 |
| 09-60698 | Daniel David Davey | 13 | 3/5/2009 |
| 09-60711 | Kevin Lee Crist and Laurie Ann Crist | 13 | 3/5/2009 |
| 09-60774 | Danny Ralph Wilson and Denise Roberts Wilson | 13 | 3/12/2009 |
| 09-60909 | Robert Eugene Williamson and Donna Ballard Williamson | 13 | 3/25/2009 |
| 09-60975 | John Chester Stebbins and Gloria Francis Stebbins | 13 | 3/30/2009 |
| 09-60977 | Ricky Dwayne Overstreet | 13 | 3/30/2009 |
| 09-60991 | Linda Mae Cleveland | 13 | 3/31/2009 |
| 09-61037 | Joseph Francis Lloyd | 13 | 4/2/2009 |
| 09-61146 | Jeffrey T Overstreet and Sandra M Overstreet | 13 | 4/13/2009 |
| 09-61203 | Nachor Scamerous Stone and Tia Janine Stone | 13 | 4/20/2009 |
| 09-61218 | Linda Hutchinson Gillispie | 13 | 4/21/2009 |
| 09-61219 | Harold Hagood Bowman, Jr. | 13 | 4/21/2009 |
| 09-61266 | Henry Edward Giles | 13 | 4/23/2009 |
| 09-61355 | Preston Lee Peatross | 13 | 4/30/2009 |
| 09-61519 | Maynard Lee Pruitt, Jr. and Jacqueline Adkins Pruitt | 13 | 5/13/2009 |
| 09-61524 | Christine Clayton Cole | 13 | 5/13/2009 |
| 09-61629 | William Garrett Edwards and Ernestine McIntyre Edwards | 13 | 5/21/2009 |

# Exhibit A

| | | | |
|---|---|---|---|
| 09-61661 | Brian Christopher Wooten and Karen Darlene Wooten | 13 | 5/22/2009 |
| 09-61675 | Brian George Wright and Jacquelyn Britton Wright | 13 | 5/26/2009 |
| 09-61722 | Mary Peggy Virginia Taylor | 13 | 5/31/2009 |
| 09-61773 | Jesse James Waller, Jr. | 13 | 6/5/2009 |
| 09-61830 | Henry Clay Puryear | 13 | 6/9/2009 |
| 09-61898 | Sam Morris Angus and Susan Goodwin Angus | 13 | 6/15/2009 |
| 09-61915 | Cordelia Carter Jaudon | 13 | 6/18/2009 |
| 09-62015 | Nicholas Dohn Davis and Kristen Denise Davis | 13 | 6/25/2009 |
| 09-62126 | Mary Elizabeth Walker | 13 | 7/2/2009 |
| 09-62127 | Marjorie Lynn Carpenter | 13 | 7/2/2009 |
| 09-62178 | Wanda Marie Douglas | 13 | 7/9/2009 |
| 09-62187 | Sherry Luck Waller | 13 | 7/9/2009 |
| 09-62236 | Melissa S Panter | 13 | 7/15/2009 |
| 09-62262 | Eric Bernard Manning and Theresa Marie Manning | 13 | 7/17/2009 |
| 09-62355 | Clevie Lou Cole | 13 | 7/23/2009 |
| 09-62375 | Helen Ann Spradley | 13 | 7/24/2009 |
| 09-62388 | Early Maurice Holland | 13 | 7/27/2009 |
| 09-62409 | Stuart A Bryant and Robin L Bryant | 13 | 7/28/2009 |
| 09-62416 | David James McGrath and Linnea Elaine McGrath | 13 | 7/29/2009 |
| 09-62445 | Carlton Dean Cooksey | 13 | 7/31/2009 |
| 09-62447 | Jennifer Lee Anderson | 13 | 7/31/2009 |
| 09-62448 | Kathy Lynn Hartless | 13 | 7/31/2009 |
| 09-62472 | Steve Elwood Anderson, Jr. | 13 | 8/3/2009 |
| 09-62580 | Lewis Michael Reynolds and Rita Diane Reynolds | 13 | 8/12/2009 |
| 09-62595 | Mary Margaret Mattox | 13 | 8/13/2009 |

# Exhibit A

| | | | |
|---|---|---|---|
| 09-62610 | Barry Dale Waller | 13 | 8/14/2009 |
| 09-62687 | Juliann Slaughter Edwards | 13 | 8/21/2009 |
| 09-62710 | Elrex Louis Traynham | 13 | 8/25/2009 |
| 09-62724 | Christopher Lamont Cox and Angela Payne Cox | 13 | 8/26/2009 |
| 09-62727 | James Hyler | 13 | 8/26/2009 |
| 09-62820 | Robert L Harris and Rhonda G Harris | 13 | 8/31/2009 |
| 09-62975 | Daniel S Moon and Theresa G Moon | 13 | 9/16/2009 |
| 09-63056 | Ronald L Saunders | 13 | 9/22/2009 |
| 09-63153 | Michelle Renee Neighbors | 13 | 9/30/2009 |
| 09-63296 | Coretta Lucinda White | 13 | 10/15/2009 |
| 09-63332 | Dewey Tyrone Walker and Cherie Bates Walker | 13 | 10/19/2009 |
| 09-63434 | Paul H Gissendaner and Patricia D Gissendaner | 13 | 10/27/2009 |
| 09-63474 | Vernon D Kirby and Tamara C Kirby | 13 | 10/30/2009 |
| 09-63488 | Larry Michael Campbell and Crystal Tomlin Campbell | 13 | 10/30/2009 |
| 09-63578 | Brian Scott Hedges and Cindy Marie Hedges | 13 | 11/6/2009 |
| 09-63587 | Debra Anne Jones-Thompson | 13 | 11/8/2009 |
| 09-63591 | Timothy Lee Trent and Crystal Dobyns Trent | 13 | 11/9/2009 |
| 09-63652 | Steven Jason Lewis and Kimberly Thompson Lewis | 13 | 11/13/2009 |
| 09-63653 | Stacey Newell Hairston and Belinda Diane Hairston | 13 | 11/13/2009 |
| 09-63705 | Barry Wayne Hendley and Judy Crum Hendley | 13 | 11/19/2009 |
| 09-63767 | Michael Anthony Simms and Jennifer Dawn Simms | 13 | 11/24/2009 |

# Exhibit A

| | | | |
|---|---|---|---|
| 09-63770 | Matthew D Fleming and Lori B Fleming | 13 | 11/24/2009 |
| 09-63797 | Cheryl Shepheard Byers | 13 | 11/29/2009 |
| 09-63801 | Debra Burnette Wood | 13 | 11/30/2009 |
| 09-63802 | John Thurman Patsell and Kimberly Dressler Patsell | 13 | 11/30/2009 |
| 09-63821 | Desserae Farmer Morton | 13 | 11/30/2009 |
| 09-63845 | Warren Glenn Polson and Belinda Dawn Polson | 13 | 12/3/2009 |
| 09-63882 | Patricia B Bryant | 13 | 12/8/2009 |
| 09-64026 | Roy Hector Garner, Jr. | 13 | 12/21/2009 |
| 09-64041 | Erik Boyd Quesenberry | 13 | 12/22/2009 |
| 09-64061 | James Willard Toombs and Carol Jean Toombs | 13 | 12/23/2009 |
| 10-60002 | Darrell Eugene May | 13 | 1/3/2010 |
| 10-60028 | James H. Meeks and Robin F Meeks | 13 | 1/7/2010 |
| 10-60036 | Edward Donald Prince and Barbara Ann Prince | 13 | 1/8/2010 |
| 10-60087 | Patrick Lee Conner and Jeannette Keesee Conner | 13 | 1/14/2010 |
| 10-60145 | Charles Trenton Stanley and Lisa Gilbert Stanley | 13 | 1/21/2010 |
| 10-60174 | Paul Glowatch and Karen Elaine Glowatch | 13 | 1/25/2010 |
| 10-60189 | Charles Edward Fulton and Christie Austin Fulton | 13 | 1/26/2010 |
| 10-60216 | Norman Stanfield Hudgins and Jonsilee Winn Hudgins | 13 | 1/27/2010 |
| 10-60257 | Gary Aldwin Barnett and Carolyn Goodwin Barnett | 13 | 1/29/2010 |
| 10-60259 | David L Huffman | 13 | 1/29/2010 |
| 10-60344 | Carroll Edward Mays and Linda Kay Mays | 13 | 2/9/2010 |

# Exhibit A

| | | | |
|---|---|---|---|
| 10-60370 | Shannon Codaire Conner | 13 | 2/11/2010 |
| 10-60521 | Michelle H Jones | 13 | 2/25/2010 |
| 10-60611 | Christopher Clarence Ezell | 13 | 3/3/2010 |
| 10-60643 | Kurt Robert Maulbeck and Patti A Maulbeck | 13 | 3/8/2010 |
| 10-60680 | James M. Towler | 13 | 3/10/2010 |
| 10-60816 | Lori Ann Brim | 13 | 3/19/2010 |
| 10-61062 | Mark W Powell and Shawna C. Powell | 13 | 4/12/2010 |
| 10-61230 | Chester Deen Bennett and Glenda Faye Bennett | 13 | 4/27/2010 |
| 10-61253 | Terry Lee West and Crystal Dawn West | 13 | 4/29/2010 |
| 10-61259 | Donald W Goin and Karen V Goin | 13 | 4/29/2010 |
| 10-61332 | Deborah Arnn Collins | 13 | 5/5/2010 |
| 10-61424 | Steven Ray Shepherd and Pamela Jane Shepherd | 13 | 5/13/2010 |
| 10-61500 | Roosevelt Fletcher Miller | 13 | 5/21/2010 |
| 10-61525 | Ingrid McIlwain Crump | 13 | 5/21/2010 |
| 10-61529 | Yolonda Rene'e Lovan | 13 | 5/21/2010 |
| 10-61556 | William Thomas Wooldridge and Tammie Lee Wooldridge | 13 | 5/24/2010 |
| 10-61560 | Nathaniel David Winston | 13 | 5/25/2010 |
| 10-61634 | Charlie A Hooper and Tanya T Hooper | 13 | 6/1/2010 |
| 10-61651 | Charlene Fumiko Hicks and John Garner Hicks | 13 | 6/3/2010 |
| 10-61668 | Boyd W Hogan and Teresa M Hogan | 13 | 6/4/2010 |
| 10-61692 | Sherri Michelle Herrington | 13 | 6/8/2010 |
| 10-61713 | Anthony B Terry and Shannon D J Terry | 13 | 6/9/2010 |

# Exhibit A

| | | | |
|---|---|---|---|
| 10-61766 | Ronald T Driskill, Jr and Lori L Driskill | 13 | 6/14/2010 |
| 10-61810 | Paul Allen Witt and Stephanie Nicole Witt | 13 | 6/18/2010 |
| 10-61812 | Charles William Ferguson | 13 | 6/18/2010 |
| 10-61838 | Carol Benfer Wall | 13 | 6/24/2010 |
| 10-61859 | Kristie Eileen Weygant | 13 | 6/26/2010 |
| 10-61894 | Waverly Willis Davidson and Nancy Jane Davidson | 13 | 6/30/2010 |
| 10-62146 | Louise Curtis Rogers | 13 | 7/26/2010 |
| 10-62192 | Robert Eldred Slade | 7 | 7/30/2010 |
| 10-62194 | Sue Carol Brady | 13 | 7/30/2010 |
| 10-62198 | Dwaine Sylvester Thacker and Laura Gibson Thacker | 13 | 7/30/2010 |
| 10-62206 | Tori Petersen Saunders | 13 | 7/30/2010 |
| 10-62210 | Brent P Jacobs and Angela D Jacobs | 11 | 7/31/2010 |
| 10-62346 | Elta O Lunsford | 13 | 8/17/2010 |
| 10-62348 | Linda Hancock Lucas | 7 | 8/17/2010 |
| 10-62351 | Melvin Azel Beckelhimer | 13 | 8/17/2010 |
| 10-62369 | Billy Jackson Massey | 13 | 8/18/2010 |
| 10-62473 | Gloria J Davis | 13 | 8/27/2010 |
| 10-62526 | Kevin Lee Dawson and Heidi Hudson Dawson | 13 | 8/31/2010 |
| 10-62556 | Frank Jonathan Maggio and Sherill Lynne Maggio | 7 | 9/3/2010 |
| 10-62588 | Sylvia Marie Mischal | 13 | 9/9/2010 |
| 10-62593 | Hakam M Abu-Gharbieh and Nora Obied | 13 | 9/9/2010 |
| 10-62626 | Mark Edward Lindsay and Catherine Elizabeth Lindsay | 13 | 9/14/2010 |
| 10-62689 | Mark David Taylor and Jeanne Lynne Taylor | 13 | 9/20/2010 |
| 10-62691 | Geraldine Theresa Thomas | 13 | 9/20/2010 |

# Exhibit A

| | | | |
|---|---|---|---|
| 10-62721 | Dorothy Ruth Boyd Stone | 13 | 9/22/2010 |
| 10-62843 | Toni Rena Traynham | 13 | 10/1/2010 |
| 10-62990 | Terry Lynn Reeder and Lucy Elizabeth Reeder | 13 | 10/20/2010 |
| 10-63003 | Norman Dewayne Snyder | 13 | 10/21/2010 |
| 10-63076 | Jose Francisco Ribeiro-Mills and Janet Korkor Ribeiro-Mills | 13 | 10/28/2010 |
| 10-63244 | Jeffrey Eugene Sampsell | 13 | 11/11/2010 |
| 10-63247 | David W Jones and Kimberly L Jones | 13 | 11/11/2010 |
| 10-63309 | Curtis Allen New and Theresa Gail New | 13 | 11/19/2010 |
| 10-63310 | Davy Lee Mullins and Joanne Neil Mullins | 13 | 11/19/2010 |
| 10-63488 | Carl E Shifflett and Linda W. Shifflett | 13 | 12/7/2010 |
| 10-63537 | Chrisitne Johnson Pendleton | 13 | 12/13/2010 |
| 10-63586 | James Matthew Smith and Tabitha Renee Smith | 13 | 12/15/2010 |
| 10-63606 | Mark Lee Hines | 13 | 12/17/2010 |
| 10-63684 | Joseph D Glover and Shelly M Glover | 13 | 12/30/2010 |
| 11-60004 | Lynn Andre Hackley and Heather Lynne Hackley | 13 | 1/3/2011 |
| 11-60094 | Willie T. Long and Angela W. Long | 7 | 1/14/2011 |
| 11-60179 | Bridget Lee Kemper | 13 | 1/25/2011 |
| 11-60228 | James A Tilley and Mary L Tilley | 11 | 1/28/2011 |
| 11-60242 | Diane Louise Wolfe | 13 | 1/31/2011 |
| 11-60316 | Thomas Nelson Womack | 13 | 2/7/2011 |
| 11-60361 | James Martin Olson and Linda Sue Olson | 13 | 2/14/2011 |
| 11-60395 | Sharon Melissa Gillespie | 13 | 2/17/2011 |

# Exhibit A

| | | | |
|---|---|---|---|
| 11-60545 | Ardie Ray Thomas and Beverly Cabell Thomas | 13 | 2/28/2011 |
| 11-60616 | Paul Davis Jones | 13 | 3/8/2011 |
| 11-60663 | Otto Beasley | 13 | 3/14/2011 |
| 11-60735 | Joyce Thornhill Stamps | 13 | 3/18/2011 |
| 11-60929 | Steven J. Klauer and Sara K. Klauer | 13 | 4/7/2011 |
| 11-60944 | Paul J Evans | 13 | 4/7/2011 |
| 11-60957 | Donald Reid Fincham | 7 | 4/11/2011 |
| 11-61023 | Amanda Young Vanderploeg and Daniel Ray Vanderploeg | 13 | 4/20/2011 |
| 11-61067 | Robert L Mitchell | 13 | 4/22/2011 |
| 11-61212 | Jason Lewis Morris and Chastity Kidd Morris | 13 | 5/10/2011 |
| 11-61264 | Jon Leonard Jones and Janean Marie Jones | 13 | 5/16/2011 |
| 11-61347 | Donald R Skipper and Stefanie H Skipper | 13 | 5/24/2011 |
| 11-61425 | Orien K. Smallwood and Jacqueline Covington Smallwood | 13 | 6/2/2011 |
| 11-61663 | Sharon L. Thomas | 13 | 6/30/2011 |
| 11-61694 | Nicole Therese Atkins | 13 | 7/5/2011 |
| 11-61710 | Kraig Landon McBride | 13 | 7/7/2011 |
| 11-61716 | Kenneth Raymond Ayers and Debrah Delilah Ayers | 13 | 7/7/2011 |
| 11-61745 | Chad H O'Brien and Jean Marie O'Malley | 13 | 7/11/2011 |
| 11-61787 | Francisco Javier Astorga | 13 | 7/15/2011 |
| 11-61803 | Michael Anthony Burns and Jessica Key Burns | 7 | 7/18/2011 |
| 11-61821 | Guiseppe David Orsolini and Brenda Jean Orsolini | 13 | 7/19/2011 |
| 11-61876 | Sheila A Dane | 7 | 7/26/2011 |
| 11-61881 | Lee Brady and Helena Brady | 7 | 7/26/2011 |
| 11-61890 | Richard M. Keesler and Shannon M. Keesler | 13 | 7/27/2011 |
| 11-61978 | Jeffrey A Scott | 13 | 8/4/2011 |

# Exhibit A

| | | | |
|---|---|---|---|
| 11-61984 | Mark C Meyers and Kimberly J Meyers | 13 | 8/5/2011 |
| 11-62046 | Ferman Lavere Day and Sylvia Hairston Day | 13 | 8/12/2011 |
| 11-62106 | Pedro Victor Mederos and Diane Felicia Mederos | 13 | 8/22/2011 |
| 11-62248 | Malcolm R. Thompson and Jeannie M Thompson | 13 | 9/7/2011 |
| 11-62293 | Christopher Carl Rigas | 13 | 9/13/2011 |
| 11-62635 | Kimberly McCauley Crow | 13 | 10/25/2011 |
| 11-62655 | Kevin Joseph Gray and Sheila Robinson Gray | 13 | 10/26/2011 |
| 11-62666 | Robert Scott Melunis and Corina Mae Melunis | 13 | 10/27/2011 |
| 11-62772 | Donna Lynn Cooper | 13 | 11/8/2011 |
| 11-62905 | Norma J. Reese | 13 | 11/23/2011 |
| 11-62952 | Annie Marie Chandler | 13 | 11/30/2011 |
| 11-62969 | Susan Johnson Smith | 13 | 11/30/2011 |
| 11-62989 | Christine Penick Thomas | 13 | 12/2/2011 |
| 11-63038 | Corvin Lance Turner and Robin Lee Turner | 13 | 12/8/2011 |
| 11-63043 | Johnay Michelle Harris-Goode | 13 | 12/9/2011 |
| 11-63066 | Lisa Jane Whitesell | 13 | 12/13/2011 |
| 11-63089 | Derrick Scott Knighton and Mileidy Centeno Knighton | 13 | 12/15/2011 |
| 11-63112 | Kathy Mallory-Chavers | 13 | 12/19/2011 |
| 11-63125 | Henry Lee Keatts | 13 | 12/20/2011 |
| 11-63128 | Rodney Andre Motley | 13 | 12/20/2011 |
| 11-63135 | Curtis Wayne Tyree | 13 | 12/21/2011 |
| 11-63142 | Joseph S Getchell and Debra S Getchell | 13 | 12/21/2011 |
| 12-60066 | Frances Allen Walker | 13 | 1/12/2012 |
| 12-60110 | Robert Preston Stump and Sherry Ann Hall | 7 | 1/19/2012 |

# Exhibit A

| | | | |
|---|---|---|---|
| 12-60163 | Martin Bradley Vincent and April Anita Vincent | 13 | 1/25/2012 |
| 12-60238 | Timothy Wayne Branham and Kelly Yvonne Branham | 13 | 1/31/2012 |
| 12-60305 | Carl Franklin White, Jr. | 13 | 2/9/2012 |
| 12-60384 | Gabriel K Will | 13 | 2/17/2012 |
| 12-60557 | Bruce Wayne Lotts and Jody Branham Lotts | 13 | 3/6/2012 |
| 12-60569 | Patricia Jones Griggs | 13 | 3/7/2012 |
| 12-60580 | Novell M Brown | 13 | 3/9/2012 |
| 12-60597 | Carlton Lee Tweedy and Denise Faye Tweedy | 7 | 3/13/2012 |
| 12-60707 | Chris D. Francis and Marcia L. Francis | 13 | 3/22/2012 |
| 12-60721 | Joan Marie Lawhorn | 13 | 3/23/2012 |
| 12-60724 | Terry Lee Yates and Toni Adair Yates | 13 | 3/23/2012 |
| 12-60729 | Larry Eugene Hawks and Nancy Jane Hawks | 7 | 3/23/2012 |
| 12-60735 | Vicky Moore Barber | 13 | 3/26/2012 |
| 12-60740 | Richard Adam Gillespie | 13 | 3/26/2012 |
| 12-60759 | Richard Lee Droege | 13 | 3/28/2012 |
| 12-60829 | M Linda Fisher | 13 | 4/4/2012 |
| 12-60883 | Jay G. Yelle and Maffy C. Yelle | 13 | 4/12/2012 |
| 12-60914 | Olander Carter, Sr. and Mable F Carter | 13 | 4/16/2012 |
| 12-60954 | Cathy Renae Yates | 13 | 4/19/2012 |
| 12-61000 | Samuel Dale Nester and Mary Frances Nester | 13 | 4/25/2012 |
| 12-61050 | Eric Douglas Leavitt and Jennifer Moon Leavitt | 13 | 4/30/2012 |
| 12-61212 | James Edward Morton, Sr. | 13 | 5/18/2012 |
| 12-61224 | Shelley Lorraine Matthews | 13 | 5/21/2012 |
| 12-61239 | Marquita C Morris | 13 | 5/23/2012 |
| 12-61269 | Maureen P. Chandler | 13 | 5/24/2012 |
| 12-61322 | Diane Gibbs Bush | 13 | 5/31/2012 |
| 12-61428 | Allen Jason Rogers and Cynthia Lyn Rogers | 13 | 6/14/2012 |

# Exhibit A

| | | | |
|---|---|---|---|
| 12-61467 | John S Goode and Nicole M Goode | 13 | 6/19/2012 |
| 12-61516 | Anthony J Santoro and Roseann B Santoro | 7 | 6/27/2012 |
| 12-61602 | Randall Chanel Burton | 13 | 7/9/2012 |
| 12-61634 | John E Newman and Robin A Ruffner-Newman | 13 | 7/12/2012 |
| 12-61639 | Jeffrey William Jenkins | 13 | 7/13/2012 |
| 12-61656 | Edward John Wesley Stengel | 13 | 7/16/2012 |
| 12-61672 | Lyketha Schnea Cannon | 13 | 7/18/2012 |
| 12-61753 | Mark V Ray | 13 | 7/27/2012 |
| 12-61777 | Robert John Andris | 7 | 7/30/2012 |
| 12-61826 | Aaron Christopher Johnson | 13 | 8/3/2012 |
| 12-61908 | Charles Kenneth Wilson and Kimberly Surratt Wilson | 13 | 8/17/2012 |
| 12-61961 | Michael Carl Arcoraci and Sandra Marie Arcoraci | 13 | 8/23/2012 |
| 12-62088 | Wayne Franklin Baldwin | 13 | 9/9/2012 |
| 12-62092 | Clark R Beckett and Nerissa T. Barrientos | 13 | 9/10/2012 |
| 12-62115 | Ray A White | 13 | 9/12/2012 |
| 12-62136 | Philip Henry Blane | 13 | 9/14/2012 |
| 12-62150 | Delinda Hairston Jackson | 7 | 9/18/2012 |
| 12-62209 | Roger L Crawford and Naomi R Crawford | 13 | 9/26/2012 |
| 12-62261 | Shane Salvatore Coyle and Michelle Lynn Coyle | 13 | 10/1/2012 |
| 12-62311 | Susan Jeanette Lance | 13 | 10/9/2012 |
| 12-62460 | Kevin Dwayne Conner | 7 | 10/27/2012 |
| 12-62461 | Rufus J Trent | 13 | 10/27/2012 |
| 12-62532 | Welford R. Brown, Jr. | 13 | 11/3/2012 |
| 12-62568 | Vernon Bradley Elhart and Samantha Levin Elhart | 13 | 11/9/2012 |

# Exhibit A

| | | | |
|---|---|---|---|
| 12-62581 | Donald NMN Dillard and Mary Louise Dillard | 13 | 11/13/2012 |
| 12-62636 | Ronald K Hughes and Bernadean S Hughes | 13 | 11/20/2012 |
| 12-62641 | Ashley Denise Beadles | 13 | 11/20/2012 |
| 12-62736 | Barbara Ann Scruggs | 13 | 12/4/2012 |
| 12-62778 | Matrissa Danyette Carter | 13 | 12/11/2012 |
| 12-62842 | Mark McCue McAllister and Jessica Rae Kassay-McAllister | 13 | 12/19/2012 |
| 12-62850 | David Pauwels and Kelli Anne Pauwels | 13 | 12/19/2012 |
| 13-60002 | Robert Peter Ford and Dian Kelly Ford | 7 | 1/2/2013 |
| 13-60010 | Brian Steven Armstrong | 13 | 1/3/2013 |
| 13-60041 | Samuel Ellis Sandidge and Earlean Watkins Sandidge | 7 | 1/9/2013 |
| 13-60074 | Wendy Caroline Jacobs | 13 | 1/15/2013 |
| 13-60138 | Brian Peter Kingsley and Patricia Anne Kingsley | 13 | 1/24/2013 |
| 13-60230 | Robert Allen McEwen, II and Terese Marie McEwen | 13 | 2/4/2013 |
| 13-60273 | Edward L Booker, Sr. | 13 | 2/11/2013 |
| 13-60373 | Caren Delores Boisseau | 13 | 2/22/2013 |
| 13-60403 | Thomas Michael Allen and Donna Lee Allen | 7 | 2/26/2013 |
| 13-60415 | Russell E White and Kristine K White | 13 | 2/27/2013 |
| 13-60508 | Melissa S Panter | 13 | 3/7/2013 |
| 13-60520 | Thomas Joseph Steger, III | 7 | 3/8/2013 |
| 13-60544 | Janet Leigh Spears | 13 | 3/12/2013 |