UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:   SEE ATTACHED EXHIBIT A   Chapter 13

Debtor

## MOTION TO SUBSTITUTE COUNSEL

Come(s) now, debtor(s) specifically identified on the attached Exhibit A, by counsel, and file this motion requesting that David Cox be substituted as counsel of record in their respective Chapter 13 case and that R. Mitchell Garbee be relieved as counsel of record. The grounds therefore are that R. Mitchell Garbee is retiring from the practice of law.

WHERFORE, debtor(s) by counsel, respectfully request(s) that this Court substitute David Cox as counsel of record in this matter in the place and stead of R. Mitchell Garbee and that the said R. Mitchell Garbee be relieved of any further obligation as counsel for debtor(s).


/s/  R. Mitchell Garbee
1209 Regency Woods Place
Lynchburg, VA  24503
(434) 384-5556
mgarbee@wgrlawgroup.com

EXHIBIT A

| | |
|---|---|
| Anderson, Carl & Helen | 08-62789 |
| Anthony, Linda G. | 10-62335 |
| Ashwell, Charles & Contadina | 11-62481 |
| Barber, Howard & Valerie | 10-61844 |
| Blanks, Gerald D. | 12-61025 |
| Booker, Alfred R. | 09-62849 |
| Booker, Calvin & Gaynelle | 09-60379 |
| Booker, Earl | 07-62483 |
| Bracey, Earl & Deborah | 11-61618 |
| Brandt, Diane R. | 10-62174 |
| Brooks, Terry & Ava | 10-61018 |
| Brown, Valerie W. | 08-62457 |
| Burge, Toby & Kathryn | 09-61691 |
| Cannon, Joseph B. | 08-61810 |
| Coffey, Ricky & Vickie | 10-61204 |
| Conner, Carl & Kim | 09-62674 |
| Cooper, Michael E. | 12-61415 |
| Dale, David & Laura | 10-61507 |
| Daniel, Clifton & Pamela | 09-60770 |
| De Novias, Guillermo & Crystal | 09-63897 |
| Dorsett, Bryan & Melissa | 11-60678 |
| Eyler, Jonathan & Niki | 08-62916 |
| Ferguson, Edward & Patricia | 12-60399 |
| Fischer, Gerald & Susan | 10-63524 |
| Flint, Gary F. | 12-60400 |
| Garner, Treva M. | 12-61746 |
| Goin, Thomas & Teresa | 11-62645 |
| Goode, Christopher D. | 09-62924 |
| Goode, Jacqueline D. | 10-63059 |
| Graves, James & Rose | 09-64096 |
| Gray, Kevin & Sheila | 11-62655 |
| Harris, Jerry & Lennis | 09-60009 |
| Heflin, Frederick & Audra | 10-61114 |
| Henry, William | 09-61693 |
| Hill, Shannon R. | 10-62639 |
| Hodnett, Gerald & Gwen | 11-63199 |
| Huggins, Vincent & Sonya | 09-62222 |
| Johnson, Joseph S. | 10-61093 |
| Johnson, Veronica J. | 11-61619 |
| Jones, Herbert & Betty | 08-63089 |
| Layne, Michael & Deborah | 08-63142 |
| Lewis, Lynn & Sandra | 12-62565 |
| Kelly, Lisa R. (Watts) | 08-61099 |

| Mack, Darrell A. | 12-60697 |
|---|---|
| Mann, Brenda B. | 10-62640 |
| Martin, Debora W. | 10-63093 |
| Mattox, Roy E. | 09-63280 |
| McCoy, Ann M. | 09-62201 |
| McDaniel, Earnetta P. | 11-62480 |
| Mitchell, Sean C. – Not Eligible | 07-60530 |
| Morrison, John F. | 07-62280 |
| Mosby, Joe L. | 10-62333 |
| Napier, Charles & Rosa | 08-61557 |
| Pannell, Alberta | 10-62728 |
| Payne, Frederick J. | 09-60008 |
| Peery, Susan C. | 11-61617 |
| Poindexter, Jessica J. | 10-61015 |
| Privett, Henry & Deborah | 08-60957 |
| Pryor, Noah H. | 11-61346 |
| Renzi, Luke R., II | 10-62177 |
| Salmon, Jeffrey & Wendy | 09-62223 |
| Saunders, Stanley & Nina | 10-63058 |
| Scott, Larry & Linda | 08-62917 |
| Thomas, Chris & Pam | 11-63151 |
| Tolbert, Edward S., Jr. | 08-62460 |
| Toler, Brenda D. | 12-60833 |
| Tomlinson, Jill A. | 08-61130 |
| Tucker, William & Shirley | 08-62918 |
| Whorley, Doris S. | 12-60300 |

2